**Electronically Filed
Supreme Court
SCPR-20-0000065
18-FEB-2020
12:34 PM**

SCPR-20-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE WEY-WEY ELAINE KWOK, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION</u>
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the petition to resign and surrender her license to practice law in the State of Hawaiʻi, filed by Wey-Wey Elaine Kwok, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the affidavits submitted in support thereof, it appears that Petitioner Kwok has not registered with the Hawaiʻi State Bar Association (HSBA) for 2020 but it also appears that Petitioner Kwok requested the materials in support of the petition in 2019, and that extenuating circumstances exist that demonstrate the untimely nature of her petition is due to circumstances beyond her control.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and

record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Wey-Wey Elaine Kwok, attorney number 6790, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, February 18, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson